UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY a/k/a AHMED OMAR (ISN 30),<br><br>       Petitioner,<br><br>       v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>       Respondents. | Civil Action No. 09-745 (RCL) |

## ORDER

Before the Court is Donna Grill's Motion [1495] to Withdraw as Counsel in this matter.

It is hereby

ORDERED that Ms. Grill's motion [1495] is GRANTED.

SO ORDERED this _11th_ day of March 2011.

ROYCE C. LAMBERTH
Chief Judge
United States District Court